# IN THE UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**FILED**

July 26, 2017

Lyle W. Cayce
Clerk

_____

No. 11-50792

_____

JESUS C. HERNANDEZ, Individually and as the surviving father of Sergio Adrian Hernandez Guereca, and as Successor−in−Interest to the Estate of Sergio Adrian Hernandez Guereca; MARIA GUADALUPE GUERECA BENTACOUR, Individually and as the surviving mother of Sergio Adrian Hernandez Guereca, and as Successor−in−Interest to the Estate of Sergio Adrian Hernandez Guereca,

Plaintiffs − Appellants

v.

UNITED STATES OF AMERICA; UNITED STATES DEPARTMENT OF HOMELAND SECURITY; UNITED STATES BUREAU OF CUSTOMS AND BORDER PROTECTION; UNITED STATES BORDER PATROL; UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT AGENCY; UNITED STATES DEPARTMENT OF JUSTICE,

Defendants − Appellees

_____

CONS w/ 12−50217

JESUS C. HERNANDEZ, Individually and as the surviving father of Sergio Adrian Hernandez Guereca, and as Successor−in−Interest to the Estate of Sergio Adrian Hernandez Guereca; MARIA GUADALUPE GUERECA BENTACOUR, Individually and as the surviving mother of Sergio Adrian Hernandez Guereca, and as Successor−in−Interest to the Estate of Sergio Adrian Hernandez,

Plaintiffs − Appellants

v.

JESUS MESA, JR.,

Defendant − Appellee

_____

CONS w/ 12−50301

JESUS C. HERNANDEZ, Individually and as the surviving father of Sergio Adrian Hernandez Guereca, and as Successor−in−Interest to the Estate of Sergio Adrian Hernandez Guereca; MARIA GUADALUPE GUERE BENTACOUR, Individually and as the surviving mother of Sergio Adrian Hernandez Guereca, and as Successor−in−Interest to the Estate of Sergio Adrian Hernandez,

                                   Plaintiffs − Appellants

v.

RAMIRO CORDERO; VICTOR M. MANJARREZ, JR.,

                                   Defendants − Appellees
                    _____

            Appeals from the United States District Court for the
                    Western District of Texas, El Paso
                    _____

        ON REMAND FROM THE UNITED STATES SUPREME COURT

        (Opinion June 30, 2014, 5 Cir., 2014, 757 F.3d 249)
    (Opinion on En Banc Rehearing April 24, 2015, 5 Cir., 2015, 785 F.3d 117)

Before STEWART, Chief Judge, JOLLY, JONES, SMITH, DENNIS, CLEMENT, PRADO, OWEN, ELROD, SOUTHWICK, HAYNES, GRAVES, HIGGINSON and COSTA, Circuit Judges.

BY THE COURT:

        IT IS ORDERED that this cause shall be reheard by the court en banc with oral argument on September 20, 2017.  Briefing instructions will follow in a separate court directive.